UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

FILED
NOV 30 2018
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| MILTON DWAYNE GOBERT,<br><br>Petitioner,<br><br>v.<br><br>LORIE DAVIS, Director, Texas<br>Department of Criminal Justice,<br>Institutions Division,<br><br>Respondent. | §<br>§<br>§<br>§<br>§  CAUSE NO. 1:15-CV-00042-RP<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF APPEAL

Notice is hereby given that MILTON DWAYNE GOBERT, Petitioner in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the __31st__ day of __May__, 20__18__.

_Milton Dwayne Gobert_
MILTON DWAYNE GOBERT
TDCJ # 999554
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

RECEIVED
NOV 30 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MILTON DWAYNE GOBERT, § § § Petitioner, § § v. § CAUSE NO. 1:15-CV-00042-RP § LORIE DAVIS, Director, Texas § Department of Criminal Justice, § Institutions Division, § § Respondent. § | |

## DECLARATION

I am an inmate confined in an institution. Today, 11-26-18 [*insert date*], I am depositing the Notice of Appeal in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Sign your name here _Milton Gobert_

Signed on _11-26-18_ [*insert date*]

[**Note to inmate filers:** *If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(C).*]

MILTON GOBERT #999554
POLUNSKY UNIT/DEATH ROW
3872 FM 350 South
LIVINGSTON, TX. 77351

LEGAL MAIL

HONORABLE JUDGE ROBERT PITMAN
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION
CLERK, U.S. DISTRICT COURT
501 W. 5th STREET, SUITE 1100
AUSTIN, TX. 78701

78701-381275

NORTH HOUSTON TX
27 NOV 2018 PM 6 L

SCREENED BY GSO
NOV 30 2018