# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 11, 2019

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 18-70033   Milton Gobert v. Lorie Davis, Director
                          USDC No. 1:15-CV-42

Dear Ms. Clack,

The following is(are) returned:

Original Exhibits,     ( 2 ) Boxes   ( ) Env.  ( ) Package

                                      Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____
                                       Monica R. Washington, Deputy Clerk
                                       504-310-7705