RECEIVED
APR 22 2019
CLERK, U.S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

FILED
APR 22 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

MILTON GOBERT #999554
POLUNSKY UNIT/DEATH ROW
3872 FM 350 SOUTH
LIVINGSTON, TX 77351
(THIS IS A DEATH PENALTY CASE)

4 14 19

THE HON JUDGE PITMAN
WESTERAN DISTRICT OF TEXAS
501 W 5th STREET SUITE 1100
AUSTIN, TX 78701

RE: PREVIOUS & CURRENT DISPUTE PERTAINING TO COUNSEL

YOUR HONOR,

    I HAVE ENCLOSED A COPY OF A LETTER I WROTE TO SETH, KRETZER, I DO NOT WANT HIM AS MY ATTORNEY AND BELIEVE THAT IT WILL BE RETALIATION ON HIS BEHALF IF YOU KEEP HIM ON I FILL (OFFCIAL OPPERSSION,) WHICH IS A CRIME IN TEX I BELIEVE THAT (WE) HAVE AN UNRECONCIABLE ATTORNEY & CLIENT RELATIONSHIP MY LIFE IS ON THE LINE SR AND THIS PROBLEM IS SERIOUS FOR ME TO HAVE A CHANCE AT DEFENDING MY RIGHT'S AND LIFE SETH IS NOT MY ATTORNEY SIR, HE WILL DO SOMETHING, LIKE HE HAS ALREADY TO RETALIATE AGAINST ME ASKING YOU TO HAVE HIM REMOVED, HE HAS SAID BEFORE, PLEASE WORK WITH ME TO GET THIS MAN RMOVED FROM REPRESENTING ME YOUR HONOR

SINCERELY,
MILTON GOBERT

(WRITTEN & ASSISTED BY CLINTON YOUNG)

MILTON GOBERT #999554 POLUNSKY UNIT/DEATH ROW
3872 FM 350 South
LIVINGSTON, TX 77350
(THIS IS A DEATH PENALTY CASE)

4 14 19  CASE: NO: 1:15-cv-42

SETH KRETZER                        CARLOS D ANGELO PC
LAW OFFICES OF SETH KRETZER         ATTORNEY AT LAW
440 LOUISIANA ST SUITE 1440         100 EAST FERGUSON, SUITE 1210
HOUSTON, TX 77002                   TYLER, TEXAS 75702

SETH AND CARLOS,
   YOU ARE NO LONGER MY LAWYER, AND I DO NOT WANT YOU FILING (ANYTHING) ELSE ON MY BEHALF  YOU ARE DISMISSED AND THAT IS ON THE LAW OF 1:15 TEX CODE CRIM PROC  HONOR MY RIGHT'S AND DO NOT FILE ANYTHING ELSE YOU ARE NOT MY ATTORNEY

THANK YOU
MILTON GOBERT #999554


         (ASSISTED & WRITTEN BY CLINTON YOUNG)

C/C
JUDGE ROBERT PITMAN

MILTON GOBERT #999554
POLUNSKY UNIT/DEATH ROW
3872 FM 350 South
LIVINGSTON, TX 77351

LEGAL MAIL

NORTH HOUSTON TX 773
17 APR 2019 PM 4 L

THE HON. JUDGE ROBERT PITMAN
WESTERN DISTRICT OF TEXAS
501 W 5th STREET SUITE 1100
AUSTIN, TX 78701

SCREENED BY CSO
APR 22 2019

78701-381275