IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MILTON DWAYNE GOBERT, §<br>*Petitioner*, §<br>§<br>v. §<br>§<br>LORIE DAVIS, Director, §<br>Texas Department of Criminal §<br>Justice, Correctional Institutions §<br>Division, §<br>*Respondent*. § | | Civil No. 1:15-CV-42-RP<br><br>* DEATH PENALTY CASE * |

## RESPONDENT'S UNOPPOSED MOTION
## TO SUBSTITUTE COUNSEL

The respondent, Lorie Davis (the Director) was last represented in this proceeding by Assistant Attorney General Matthew Dennis Ottoway. It has become administratively necessary, however, to re-assign this case to the undersigned Assistant Attorney General, Adham Bissar. Accordingly, the undersigned moves this Court to permit Matthew Ottoway to withdraw as counsel for the Director and allow substitution of Adham Bissar in his place. The motion is not designed to harass the petitioner or to delay this proceeding, and all correspondence should be sent to the same address.

For the foregoing reasons, the undersigned respectfully requests that this Court grant this motion and allow Matthew Ottoway to withdraw as counsel for the Director and substitute Adham Bissar as lead counsel in his place.

## CONCLUSION

The Director respectfully requests that the Court allow Matthew Ottoway to withdraw as counsel and substitute the undersigned as counsel of record for the Director.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

MARK PENLEY
Deputy Attorney General
For Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

/s/ Adham R. Bissar
*Lead Counsel          ADHAM R. BISSAR*
Assistant Attorney General
State Bar No. 24089363

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
(512) 936-1280 (FAX)

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Gobert's counsel, Seth H. Kretzer, about this motion and he stated that he was unopposed to this motion.

/s/ Adham R. Bissar
ADHAM R. BISSAR
Assistant Attorney General

## CERTIFICATE OF SERVICE

I do hereby certify that on January 28, 2020, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Western District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

Seth H. Kretzer
LAW OFFICES OF SETH KRETZER
The Lyric Center
440 Lousiana
Suite 1440
Houston, TX 77002
seth@kretzerfirm.com

Carlo D'Angelo
CARLO D'ANGELO, PC
100 East Ferguson, Suite 1210
Tyler, TX 75702
carlo@dangelolegal.com

/s/ Adham R. Bissar
ADHAM R. BISSAR
Assistant Attorney General