RECEIVED

FEB 7 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

2-2-20

MILTON GOBERT#999554
POLUNSKY UNIT/DEATH ROW
3872 FM 350 South
LIVINGSTON,TX.77351
(THIS IS A DEATH PENALTY CASE)
CASE NO. 1.15-cv-42

FILED

FEB 0 7 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

COURT COORDINATOR
WESTERN DISTRICT OF TEXAS,AUSTIN
UNITED STATE DISTRICT COURT
504 W 5th STREET
AUSTIN,TX.78701-0000

RE:SUBSTITUTION MOTION/NEW COUNSEL/DUE DILLIGENCE

MS /MR COURT COORDINATOR,

"MOTION FOR OPPORTUNITY TO BE HEARD BY THIS COURT", THIS IS NOT
MR.GOBERT'S CREATION/ ~~~~~~ A JAIL HOUSE LAWYER,AND THIS REFLECTS MR.GOBERT'S
CONCERNS ABOUT HIS COUNSEL'S PERFORMANCE.THIS INFORMATION WAS GIVEN TO
COUNSEL,SETH KRETZER AND CARLO D'ANGELO,ON (6-4-15),EXIHBIT-A,IS THE LETTER
THAT EXPLAINS EVERYTHING WHEN MR.GOBERT,CONTACTED COUNSEL,BUT COUNSEL NEVER
FILED OR BRIEF THE ISSUE.THIS WAS GIVEN TO SETH KRETZER,BEFORE HE FILED
THE ORIGINAL BREIF,TO SHOW COUNSEL IS NOT ACTING IN MR.GOBERT'S INTEREST
AS WELL.EXIBIT-B,IS THE ACTUAL MOTION THAT WAS CREATED BY WILLIE TROTTIE
WAS EXECUTED IN 2014,TO HELP MR.GOBERT WITH IS CONCERN'S.

STATE LAW AND FEDERAL LAW,AND A RANGE OF FACTS THAT HE CONTENDS HIS
COUNSEL,FAIL TO INVESTIGATE AND OR FAILED TO PRESENT FOR GROUNDS FOR RELIEF.
I ASK THAT THIS BE PLACED IN MY FILE AND THAT COPIES BE SENT TO MY FILE.
AND THE COURT MAKE NOTE OF THIS INJUSTICE.NOT ACTING AS MY OWN COUNSEL
BUT JUST SHOWING MY DUE DILLIGENCE.AND THAT COUNSEL HAS NOT BEEN ACTING
IN MY BEST INTEREST.

(WITH THE HELP OF CLITON YOUNG)

SINCERELY
MILTON GOBERT

C/C

MILTON GOBERT#999554
POLUNSKY UNIT/DEATH ROW
3872 FM 350 South
LIVINGSTON,TX.77351

LEGAL MAIL

WESTERN COURT COORDINATOR
WESTERN DISTRICT OF TEXAS,AUSTIN
UNITED STATES DISTRICT COURT
504 W. 5th. STREET
AUSTIN,TX.78701-0000