RECEIVED
FEB 11 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY
2 5 20

MILTON GOBERT #999554
POLUNSKY UNIT/DEATH ROW
3872 FM 350 South
LIVINGSTON, TX 77351
(THIS IS A DEATH PENALTY CASE)

COURT COORDINATOR
WESTERN DISTRICT OF TEXAS AUSTIN
UNITED STATES DISTRICT COURT
504 W. 5th STREET
AUSTIN TX 78701 000

1:15cv042-RP

RE: UNOPPOSED MOTION TO SUBSTITUTE COUNSEL (ECF NOS 60, 61)

DEAR COURT COORDINATOR,

I HAVE BEEN CONTACTED BY YOU CONCERNING THE MOTION THAT ATTORNEY GENERAL MATTHEW FILED IN THIS COURT AS WELL AS ASSISTANT ATTORNEY GENERAL ADHAM BISSAR, FILED TO BECOME THE LEAD COUNSEL MY SO CALLED ATTORNEYS OF RECORD SETH KRETZER, AND CARLOS D'ANGELO, HAVE NOT CONTACTED ME ABOUT ANY OF THAT MATTER FACT IVE HEARD NOTHING FROM THEM IN TWO YEARS. I DO NOT UNDERSTAND HOW I CAN FIGHT FOR MY OWN LIFE, AND BE ASSISTED BY COUNSEL THAT WILL NOT ASSIST ME, AND WHO I DO NOT WANT ASSSISTING ME, BECAUSE ARE NOT ACTING IN MY BEST INTEREST THIS IS PROFF, YOU CONTACTED ME CONCERNING ATTORNET GENERAL MATTHEW OTTOWAY BEING ABLE TO WITHDRAW AND ASSISTENCE ATTORNEY GENERAL ADHAM BISSAR BEING ABLE TO REPLACE HIM. MY TWO SO CALLED ATTORNEYS HAVE NOT TOLD ME ANYTHING ABOUT THAT. I MAY WANT TO OPPOSE THAT LIKE THEY OPPOSED ME BEING ABLE TO WITH CHU TIVON SCHARDL. THE COURT ALLOWED THEM TO SUBSTITUTE COUNSEL BUT WOULD NOT ALLOW ME? THIS IS NOT FAIR AND NOT RIGHT. I DO NOT KNOW THE LAW, BUT I KNOW WHAT IS GOING ON IS NOT RIGHT AND LAW. BUT THAT IS WHY I SUPPOSED TO HAVE COUNSEL TO ASSIST ME IN THIS SITUATION AND THEY ARE NOT AND WILL NOT AND HAVE NOT.

I WOULD LOVE TO THANK YOU AND APPRECIATE YOU CONTACTING ME AND LETTING ME KNOW WHAT IS GOING ON BECAUSE THOSE TWO SO CALL ATTORNEYS OF MINE WILL NOT. THANK YOU AGAIN AND PLEASE MAKE A COPY OF THIS AND PLACE IT IN MY FILE. I'M A FUNCTIONAL ILLITERATE, MY IQ IS 73, AND I DO NOT KNOW LAW AT ALL, THIS IS NOT A FAIR PROCESS. PLEAE HELP SOME KINDA WAY.

SINCERELY
MILTON GOBERT

(WITH HELP FROM MURPHY

MILTON GOBERT #999554
POLUNSKY UNIT/DEATH ROW
3872 FM 350 South
LIVINGSTON, TX. 77351

LEGAL MAIL

NORTH HOUSTON TX
07 FEB 2020 PM 3 L
FOREVER / USA

COURT COORDINATOR
WESTERN DISTRICT OF TEXAS AUSTIN
UNITED STATES DISTRICT COURT
504 W. 5th STREET
AUSTIN, TX. 78701-000

78701-362904