# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **MILTON DWAYNE GOBERT,** § <br> **TDCJ No. 999554,** § <br> § <br> Petitioner, § <br> §     Civil No. 1:15-CV-42-RP <br> v. § <br> §     * DEATH PENALTY CASE * <br> **BOBBY LUMPKIN, Director,** § <br> **Texas Department of Criminal Justice,** § <br> **Correctional Institutions Division,** § <br> § <br> Respondent. § | |

## ORDER RESCHEDULING *EX PARTE* HEARING

This Court previously scheduled a video conference for 10:30 a.m. the morning of Friday, April 22, 2022, to address Petitioner's Motion to Withdraw. (ECF Nos. 74, 75). Due to a scheduling conflict that has arisen that morning, the Court must reschedule the video conference to take place later that same afternoon.

Accordingly, it is hereby **ORDERED** that the video conference previously scheduled to begin Friday, April 22, 2022, at 10:30 a.m. is now rescheduled for **Friday, April 22, 2022, at 2:00 p.m.** Petitioner Gobert, as well as Gobert's appointed counsel, Seth Kretzer and Carlo D'Angelo, are **ORDERED** to appear for the hearing, which is expected to last no longer than one hour. The Courtroom Deputy will send out the link information prior to the hearing,

It is further **ORDERED** that Respondent, as the Director of the Criminal Institutions Division of the Texas Department of Criminal Justice, as well as Warden Daniel Dickerson, the senior warden of the Polunsky Unit, 3872 FM 350 South, Livingston, Texas, 77351, are directed to make Petitioner Gobert available on the above time and date to participate in this hearing.

Finally, the Clerk of the Court is **ORDERED** to transmit a copy of this order to Petitioner Gobert as well as to counsel of record for each respective party.

It is so **ORDERED**.

**SIGNED this the 21st day of April, 2022.**

_____
**ROBERT PITMAN**
**UNITED STATES DISTRICT JUDGE**